McGREGOR W. SCOTT
United States Attorney
BRIAN W. ENOS (SBN 201316)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners United States of America
and Revenue Officer Marilyn Collins

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>        Petitioners,<br><br>   v.<br><br>BRUCE WILLIAMS,<br><br>        Respondent. | 1:08-cv-01568-AWI-SMS<br><br>**PETITIONERS' REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; ORDER**<br><br>Date:    January 30, 2009<br>Time:    9:30 a.m.<br>Ctrm:    7 |

Petitioners, the UNITED STATES OF AMERICA and Revenue Officer MARILYN COLLINS, hereby request that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Friday, January 16, 2009 to Friday, January 30, 2009, at 9:30 a.m., in Courtroom No. 7, before the Honorable Sandra M. Snyder.  The additional time is needed in order to make further attempts of service upon the respondent, BRUCE WILLIAMS.

                                        Respectfully submitted,

Dated: November 18, 2008        McGREGOR W. SCOTT
                                      United States Attorney

                              By:  /s/ Brian W. Enos
                                      BRIAN W. ENOS
                                      Assistant U.S. Attorney
                                      Attorneys for Petitioners
                                      United States of America
                                      and Revenue Officer
                                      Marilyn Collins

## ORDER

The Order to Show Cause Hearing is continued to Friday, January 30, 2009, at 9:30 a.m. in Courtroom No. 7.

IT IS SO ORDERED.

**Dated:   November 20, 2008**              **/s/ Sandra M. Snyder**
                                                       UNITED STATES MAGISTRATE JUDGE