1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | 1:08-cv-01568-AWI-SMS |
| | ) | |
| Petitioners, | ) | ORDER RE: FINDINGS AND RECOMMENDATION RE: PETITION TO |
| v. | ) | ENFORCE IRS SUMMONS (DOCS. 30, 1, |
| | ) | 6) |
| BRUCE WILLIAMS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

     Petitioner brought a proceeding to enforce a summons issued

to Respondent by the Internal Revenue Service. The matter has

been referred to the Magistrate Judge pursuant to 28 U.S.C. §

636(b) and Local Rule 72-302(c)(9).

     On August 18, 2009, the Magistrate Judge filed findings and

a recommendation that the petition to enforce the Internal

Revenue Service summons be granted. The findings and

recommendation were served on all parties on August 18, 2009, and

contained notice that any objections to the findings and

recommendations were to be filed within thirty (30) days of the

date of service of the order. The time for filing objections has

1

1 | passed, but no objections have been filed.[1]

2 |     In accordance with the provisions of 28 U.S.C. § 636

3 | (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d

4 | 452, 454 (9th Cir. 1983), this Court has conducted a *de novo*

5 | review of the case. Having carefully reviewed the entire file,

6 | the Court finds that the report and recommendation are supported

7 | by the record and proper analysis.

8 |     Accordingly, IT IS HEREBY ORDERED that:

9 |     1. The findings and recommendation filed August 18, 2009,

10 | are ADOPTED IN FULL;

11 |     2. The petition to enforce the Internal Revenue Service

12 | summons IS GRANTED; and

13 |     3.  Respondent is ORDERED to appear before Revenue Officer

14 | Collins, provide testimony, and bring with him and produce for

15 | examination documents in obedience to the summons on October 21,

16 | 2009, at 9:00 a.m. at the United States Attorney's Office at 2500

17 | Tulare Street, Suite 4401, Fresno, California, 93721.

18 |

19 | IT IS SO ORDERED.

20 | **Dated:    October 7, 2009**                       **/s/ Anthony W. Ishii**
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court notes that a separate motion to dismiss is pending before the District Judge.

2