LAWRENCE G. BROWN
United States Attorney
ALYSON A. BERG (SBN 184795)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioners

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and MARILYN COLLINS, Revenue Officer, Internal Revenue Service,<br><br>Petitioners,<br><br>v.<br><br>BRUCE WILLIAMS,<br><br>Respondent. | Case No. 1:08-CV-01568-AWI-SMS<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Taxpayer: BRUCE WILLIAMS<br><br>Date: Friday, January 15, 2010<br>Time: 9:30 a.m.<br>Ctrm: #7 (6th Floor)<br>(Hon. Sandra M. Snyder) |

Upon the petition of LAWRENCE G. BROWN, United States Attorney for the Eastern District of California, including the declarations of Revenue Officer MARILYN COLLINS and BRANDE GUSTAFSON:

IT IS HEREBY ORDERED that the Respondent, BRUCE WILLIAMS , appear before United States Magistrate Judge Sandra M. Snyder, in courtroom 7 in the United States Courthouse, 2500 Tulare Street, Fresno, California, on Friday, January 15, 2010, at 9:30 a.m., and that respondent show cause as follows:

1. Why Respondent, BRUCE WILLIAMS , should not be held in civil contempt of this Court for his failure to comply with the Order filed on October 7, 2009, directing Respondent to comply with the I.R.S. Summons issued on June 4, 2008.

///

2. Why the Respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written response to the Petition re: Civil Contempt of Order Filed October 7, 2009. The United States may file a reply seven (7) days from the date that the Respondent's Opposition is due. Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition Re: Civil Contempt will be considered admitted.

Respondent is hereby notified that a failure to comply with this Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

**Dated:   November 10, 2009**         /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE